428 A.2d 693

Commonwealth v. Martin, Appellant.

---

* President Judge Francis J. Catania, of the Court of Common Pleas of Delaware County, Pennsylvania, is sitting by designation.

* Chief Justice Michael J. Eagen of the Supreme Court of Pennsylvania, is sitting by designation.

Submitted December 6, 1979.   Ronald M. McCaskill, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, WICKERSHAM and EAGEN, JJ.*

Judgment of sentence affirmed.

EAGEN, J., concurred in the result.